**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Dang Chang,

             Plaintiff,

v.

Nancy A. Berryhill, Acting Commissioner of Social Security,

             Defendant.

Civil No. 15-cv-4496 (ADM/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Plaintiff Dang Chang's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act [Doc. No. 23] is **GRANTED**;

3. Chang is awarded $ 9,776.00 in attorneys' fees and $ 400.00 in costs;

4. The $ 400.00 in costs will be paid from the Judgment Fund administered by the United States Treasury and not by Defendant;

5. Any EAJA fees and costs will be paid to Chang as the litigant, pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010);

6. The award shall fully and completely satisfy any and all claims for fees, costs, and expenses that may have been payable to Chang in this matter pursuant to the EAJA.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 26, 2017	s/Ann D. Montgomery
ANN D. MONTGOMERY
United States District Judge